MILDRED FERGUSON, Appellant, v. MARY B. HAVEMEYER, Defendant, and ELIZABETH E. BROWN, Respondent.— In an action for specific performance of an alleged agreement for the sale of real property, plaintiff appeals from an order granting defendant Brown's motion for summary judgment, pursuant to rule 113 of the Rules of Civil Practice, dismissing the amended complaint, and

containing certain other incidental provisions. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.